B 250B

# UNITED STATES BANKRUPTCY COURT

__NORTHERN__ DISTRICT OF __ILLINOIS__

In re Earl W. Shields  
**Debtor**

Bankruptcy Case No. 10-00943

Chapter __7__

Robert Cashen  
**Plaintiff**

Earl W. Shields  
**Defendant**

Adversary Proceeding No. 10-00420

## ALIAS   SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk |
| --- |
| Clerk, U.S. Bankruptcy Court<br>Northern District of Illinois<br>219 S. Dearborn<br>Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| Melanie Pennycuff, Esq.<br>Law Offices of Barry Kreisler, P.C.<br>3001 W. Armitage Ave.<br>Chicago, IL 60647 |

If you make a motion, your time to answer is governed by Fed.R. Bankr.P. 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place.

| Address | Room |
| --- | --- |
| DuPage Courthouse<br>505 N. County Farm Road<br>Rm. 4016<br>Wheaton, IL  60187 | 4016 |
| | Date and Time |
| | 05/07/2010<br>at 10:00 A.M. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Kenneth S. Gardner  
*Clerk of the Bankruptcy Court*

MAR 3 0 2010  
Date

By: _Marian M. Miller_  
Deputy Clerk

# CERTIFICATE OF SERVICE

I, _____Melanie Pennycuff_____ , certify that I am, and at all times during the
(name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was delivered ___March 30, 2010___ by:
(date)

[✓] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Earl W. Shields                    Alonzo H. Zahour, Esq.
1036 Sheringham                 235 Remington Blvd., Suite G1
Naperville, IL  60565           Bolingbrook, IL  60440

[ ] Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____ ,
as follows: [Describe briefly]                                                                    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____3/30/2010_____                                      _____
Date                                                                      Signature

| Print Name |  |  |
|---|---|---|
| Melanie Pennycuff |  |  |
| Business Address |  |  |
| Law Offices of Barry Kreisler, P.C.  3001 W. Armitage Ave. |  |  |
| City | State | Zip |
| Chicago | IL | 60647 |