APPEARANCE

United States Bankruptcy Court

For the  Northern   District of   Illinois

In re EARL W. SHIELDS           )
                                )  Case No. 10-420
   Robert Cashen                )
        vs.                     )
   Earl W. Shields              )
                                )

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Earl W. Shields

Alonzo H. Zahour
Print Name on this Line

*Signature*

ATTORNEY ID NUMBER    03099598

Firm Name

FIRM ID NUMBER:

235 Remington Blvd, Suite G1
Street Address

Bolingbrook    IL    60440
City           State  Zip

Telephone   (630) 759-3631

Trial Attorneys*

   Alonzo H. Zahour
   Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:

TYPE OF DEFENSE COUNSEL:

CJA_____ ,RETAINED_____ ,SELF_____ ,NONE OTHER_____ ,PUB DEF_____

FOR OFFICE USE ONLY:

Party Code: P_____  D_____  TP_____